UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO: 4:24-CV-83-BJB

VIRANDA WHITE PLAINTIFF

v.

KARUN PROPERTIES, LLC and
BENI PROPERTY MANAGEMENT, LLC,
DEACONESS HEALTH SYSTEM, INC.,
MED-1 SOLUTIONS, LLC,
COMPLETE BILLING SERVICES, LLC, and
ANTHEM HEALTH PLANS OF KENTUCKY, INC. DEFENDANTS

# FIRST AMENDED COMPLAINT

## COUNT III

## GENERAL ALLEGATIONS COMMON TO ALL DECLARATORY JUDGMENT COUNTS

1. Plaintiff, Viranda D. White, incorporates by reference all prior allegations of the Complaint filed on March 5, 2024 in Henderson County Circuit Court and as if fully restated herein. [Dkt 24-CI-00166]

2. On March 15, 2023, Plaintiff was injured when she tripped over an exposed sewer clean-out pipe protruding from the ground at her residential property located in Henderson, Kentucky, managed by Defendants Karun Properties, LLC and Beni Property Management, LLC. She sustained severe and permanent injuries to her left shoulder, including a three-part proximal humerus fracture requiring open reduction internal fixation surgery and biceps tenodesis, resulting in ongoing disability and inability to perform activities of daily living.

3. As a result of her injuries, Plaintiff received medical treatment from, among others, Deaconess Methodist Henderson Hospital, Deaconess Health System and Encompass Health (Deaconess Rehab Hospital).

4. At the time of the incident and subsequent medical treatment, Plaintiff was insured under an employer health insurance plan issued by Anthem Blue Cross Blue Shield and administered by Blue Cross Blue Shield of Michigan ("BCBSM").

5. Resolution of the pending third-party tort action against Karun Properties, LLC and Beni Property Management, LLC has been impeded and stalled by competing and disputed claims asserted by the healthcare providers and lienholders identified herein. An actual, justiciable controversy exists between Plaintiff and each of the following parties as to their respective rights and obligations regarding payment, reimbursement, and lien satisfaction out of any third-party recovery.

6. Defendants Deaconess Health System, Inc.; Deaconess Hospital, Inc.; Deaconess Methodist Henderson Hospital; Complete Billing Services, LLC; Med-1 Solutions, LLC; and Anthem Blue Cross Blue Shield/Blue Cross Blue Shield of Michigan should assert their interest, if any, in this case.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

## COUNT IV

## DECLARATORY JUDGMENT AGAINST BLUE CROSS BLUE SHIELD OF MICHIGAN
## (28 U.S.C. §§ 2201–2202; ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3))

7. Plaintiff incorporates all prior paragraphs by reference.

8. Defendant Anthem Blue Cross Blue Shield by and through its BCBSM subrogation department is claiming a subrogation/reimbursement lien in the amount of $49,182.19 against Plaintiff's anticipated third-party recovery in this action and should assert an interest in this case.

9. Plaintiff disputes BCBSM's claimed entitlement to the full lien amount on the following grounds, among others:

a. Whether the plan documents expressly grant the right to full reimbursement from a third-party recovery, and whether any such right was validly preserved under the terms of the plan;
b. Whether BCBSM's recovery is subject to equitable reduction under the *make-whole* doctrine, to the extent Plaintiff has not been fully compensated for her losses;
c. Whether equitable principles limit BCBSM's right to recover from Plaintiff's third-party proceeds.

10. An actual controversy of sufficient immediacy and reality exists between Plaintiff and BCBSM such that this Court may properly issue a declaratory judgment. Without resolution of the lien amount, a global settlement of this matter is impossible.

**WHEREFORE**, Plaintiff requests that the Court declare: (a) the maximum amount, if any, that BCBSM may recover from Plaintiff's third-party recovery; (b) the extent to which BCBSM's claimed lien is subject to reduction under equitable, contractual, or statutory grounds; and (c) such other declaratory relief as is just and proper.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

## COUNT V

## DECLARATORY JUDGMENT AGAINST DEACONESS HEALTH SYSTEM, INC.; DEACONESS HOSPITAL, INC.; AND DEACONESS METHODIST HENDERSON HOSPITAL (28 U.S.C. §§ 2201–2202)

11. Plaintiff incorporates all prior paragraphs by reference.

12. Defendants Deaconess Methodist Henderson Hospital, Deaconess Health System, Inc. and Deaconess Hospital, Inc. provided medical treatment to the Plaintiff.

13. Defendants Deaconess Methodist Henderson Hospital, Deaconess Health System, Inc. and Deaconess Hospital, Inc. should assert an interest, if any, in this case as the it is the plaintiff's position that all have received the fair market value of their services and/or failed to properly bill insurance.

14. A justiciable controversy exists between Plaintiff and the Deaconess entities regarding:

a. Whether the asserted account balances are legally owed by Plaintiff, or whether they have been satisfied, reduced, or extinguished by insurance payments, contractual adjustments, and applicable write-offs;
b. Whether the Deaconess entities complied with their contractual and legal obligations to timely bill Plaintiff's health insurance carriers before seeking payment from Plaintiff directly;

c. Whether the No Surprises Act and applicable network/non-network billing rules bar the Deaconess entities from billing Plaintiff for amounts exceeding applicable in-network rates or negotiated charges;
d. Whether the Deaconess entities have a valid, enforceable claim against Plaintiff's third-party recovery, and if so, in what amount;
e. Whether the Deaconess entities are entitled to recover any amount from Plaintiff's third-party proceeds that exceeds the fair market value of services rendered, net of all applicable reductions.

**WHEREFORE,** Plaintiff requests that the Court declare that the Deaconess defendants are owed no additional sums by Plaintiff beyond amounts already paid by insurance and such further relief as is just and proper.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

## COUNT VI

## DECLARATORY JUDGMENT AGAINST COMPLETE BILLING SERVICES, LLC (28 U.S.C. §§ 2201–2202; 15 U.S.C. §§ 1692 et seq.)

15. Plaintiff incorporates all prior paragraphs by reference.

16. Defendant Complete Billing Services, LLC acts as a collection representative for Deaconess Health System and affiliated entities, and has asserted collection rights against Plaintiff arising out of medical care on multiple dates and across multiple accounts.

17. Plaintiff disputes the validity of the claims and amounts owed and believes that the Deaconess Defendants have received the fair market value of their services and/or failed to properly bill insurance.

18. A justiciable controversy exists between Plaintiff and Defendant Complete Billing Services, LLC regarding:

a. Whether Complete Billing Services, LLC holds any valid, enforceable claim against Plaintiff's third-party recovery, given the underlying accounts are disputed and may have been improperly billed;
b. Whether Complete Billing Services, LLC's continued collection efforts following receipt of written Notices of Dispute constitute violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692c, 1692e, and 1692f, entitling Plaintiff to declaratory and injunctive relief;
c. Whether Complete Billing Services, LLC is entitled to retain any portion of Plaintiff's third-party proceeds in satisfaction of the disputed accounts.

**WHEREFORE,** Plaintiff requests that the Court declare that Complete Billing Services, LLC is owed no additional money and such other relief as is just and proper.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

## COUNT VII.

**DECLARATORY JUDGMENT AGAINST MED-1 SOLUTIONS, LLC**
**(28 U.S.C. §§ 2201–2202; 15 U.S.C. §§ 1692 et seq.)**

19. Plaintiff incorporates all prior paragraphs by reference.

20. Defendant Med-1 Solutions, LLC is a collection agency acting as agent for Deaconess Henderson Hospital in connection with Plaintiff's medical account balances arising from the March 15, 2023 incident and related treatment.

21. On or about January 2025, Med-1 Solutions, LLC filed a collection action against Plaintiff in the Vanderburgh Superior Court, Small Claims Division, Cause No. 82D07-2501-SC-000641, seeking recovery of medical account balances purportedly arising from Plaintiff's care at Deaconess Henderson Hospital.

22. Prior to and following the filing of the Small Claims action, Plaintiff served Notices of Dispute on Med-1 Solutions, LLC, advising that: (i) Plaintiff was represented by counsel; (ii) the underlying Deaconess accounts had not been properly submitted to Plaintiff's available health insurance carriers; (iii) the accounts were the subject of a pending third-party tort action in federal court; and (iv) continued collection efforts were improper under the FDCPA. Med-1 Solutions, LLC has never substantively responded.

23. The Vanderburgh Superior Court, Small Claims action remains pending.

24. A justiciable controversy exists between Plaintiff and Med-1 Solutions, LLC regarding:

   a. Whether the underlying Deaconess Henderson Hospital account balances are valid, enforceable obligations of Plaintiff;
   b. Whether Med-1 Solutions, LLC's initiation and continuation of the Small Claims collection action after receiving written notice of Plaintiff's representation and the pending federal action constitutes violations of the FDCPA, 15 U.S.C. §§ 1692c(a)(2), 1692e, and 1692f;
   c. Whether Med-1 Solutions, LLC has any valid, enforceable right to recover from Plaintiff's third-party proceeds in this action.

**WHEREFORE,** Plaintiff requests that the Court declare that Med-1 Solutions, LLC is owed no sums by Plaintiff and such other relief as the Court deems just and proper.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

Respectfully submitted,

BY: */s/ Sacha L. Armstrong*

Sacha L. Armstrong, #89756
Robert John & Associates, P.C.
5820 Vogel Rd.
Evansville, IN 47715
Phone: (812) 425-2718
Fax: (812) 425-2874
Email: sacha@rjohnlaw.com
*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2026, the foregoing document was electronically filed using the Court's E-Filing System (CM/ECF) and a copy was served upon the following counsel of record via CM/ECF:

James R. Coltharp, Jr.
WHITLOW, ROBERTS, HOUSTON, & STRAUB, PLLC
P.O. Box 995
Paducah, KY 42002
Phone: 270-443-4516
Facsimile: 270-442-1712
Email: jcoltharp@whitlow-law.com

Deaconess Health System, Inc.
c/o Kahn Dees Donovan & Kahn, LLP
501 Main Street, Ste 305
Evansville, IN 47708

Complete Billing Services, LLC
c/o William J. Huff
517 US Highway 31 N.
Greenwood, IN 46142

Med-1 Solutions, LLC
c/o William J. Huff
517 US Highway 31 N.
Greenwood, IN 46142

Blue Cross Blue Shield of Michigan
600 Lafayette East
Detroit, MI 48226

*/s/ Sacha L. Armstrong*

Sacha L. Armstrong
Attorney for Plaintiff