**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **VIRANDA WHITE** | **Plaintiff** |
| **v.** | **No. 4:24cv-00083-BJB** |
| **KARUN PROPERTIES, LLC AND BENI PROPERTY MANAGEMENT, LLC** | **Defendants** |

# ORDER

A telephonic status conference was conducted in this action on October 1, 2026, with the undersigned presiding. Participating in the conference were Sacha L. Armstrong for the Plaintiff and James R. Coltharp, Jr., for the Defendants. Counsel for the Defendants advised they have no opposition to the Plaintiff's motion to file an amended complaint.

**IT IS ORDERED** the dispositive motion deadline and Daubert motion deadline are held in ABEYANCE pending a status conference.

**IT IS ORDERED** the telephonic status conference is scheduled for **November 30, 2026, at 9:30 am, CST.** The Court will initiate the call.

ENTERED this October 2, 2026

H. Brent Brennenstuhl

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to: Counsel of Record

0/04